# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RACHEL STALLSWORTH,** **PLAINTIFF**

**VS.** **NO. 4:11-CV-296-SWW**

**EDGE NIGHTCLUB INC., ET AL.,**
**DEFENDANTS**

## ORDER

Before the Court is plaintiff's motion for a voluntary dismissal without prejudice of this action. No opposing party has served an answer.[1]

IS THEREFORE ORDERED that the motion is granted and the above-entitled action hereby is dismissed without prejudice.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed.R.Civ.P. 41(a)(1), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.